PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:97CR00095-001 ~~RRM~~ KAJ |
| Harry Small | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW Carol L. Sain PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Harry Small, who was placed on supervision by the Honorable Roderick R. McKelvie sitting in the court at Wilmington on the 22nd day of April, 2002 who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction and discretion of the probation officer.

2. It is further ordered that the defendant pay to the United States a special assessment of $100, which shall be due immediately.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Harry Small so that she can be brought before the Court to answer the charges of violating the conditions of her supervised release.

ORDER OF COURT

Considered and ordered this 26th day of October, 2005.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct.

_____
Probation Officer

Place   Wilmington, Delaware

Date    October 20, 2005

PETITION/SMALL
Page 2

Standard Condition #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

Evidence: Mr. Small failed to report as instructed to the United States Probation Office on the following dates: September 28, 2005; and October 18, 2005.

Standard Condition #7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

Evidence: Mr. Small has submitted urine specimens on the following dates that have tested positive for the use of a controlled substance:

| Date | PharmChem Specimen No. | Drug |
|---|---|---|
| 11/05/02 | 259614363 | Cocaine |
| 06/16/03 | 280279930 | Cocaine |
| 05/03/05 | C00367208 | Cocaine |
| 09/09/05 | C00421529 | Cocaine |

Special Condition: "The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction and discretion of the probation officer."

Evidence: Mr. Small missed drug testing at SODAT or with the United States Probation Office, on August 15, 2005; September 12, 2005; September 21, 2005; September 28, 2005; and October 11, 2005.

Evidence: Mr. Small missed the following appointments for individual counseling at the Northeast Treatment Center: September 28, 2005.