AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

HARRY SMALL

**WARRANT FOR ARREST**

Case Number:   1:97CR00095-001 KAJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **HARRY SMALL**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   x Probation Violation Petition

charging him or her     (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS:
Re: 21:841(a)(1) & (b)(1)(B) - POSSESSION W/INTENT TO DISTRIBUTE METHAMPHETAMINE (CT. I - 10/16/97)

in violation of     Title 21     United States Code, Section(s)     841(a)

Peter T. Dalleo
Name of Issuing Officer

Robert W. Cruikshank, Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

10/27/05 at Wilmington, Delaware
Date and Location

Bail fixed at $ _____     by _____
                                       Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant     Harry Small

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-27-05 | William David Dusan | William Dau |
| DATE OF ARREST |  |  |
| 11-17-05 |  |  |