IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 97-95-KAJ |
| ) | |
| HARRY SMALL, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this **30th** day of **November, 2005**,

IT IS ORDERED that a teleconference in the captioned matter has been scheduled for **Tuesday, December 6, 2005 at 10:00 a.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

UNITED STATES DISTRICT JUDGE