IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) CR Action No. 1:97CR00095-001 | |
| | ) | |
| Harry Small, Jr. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, the Court held a Supervised Release Violation Hearing regarding the

allegations in the Petition on Probation and Supervised Release;

WHEREAS, the defendant admitted to the violations contained in the Petition:

IT IS HEREBY ORDERED this 2nd day of December, 2005, that the conditions of

supervised release are modified as follows:

1.      The defendant shall enter and complete a four month term at the Plummer Center Work Release Center, and follow all rules and regulations of said program;

2.      The defendant shall participate in a program of mental health treatment as directed by the Probation Officer;

3.      The December 6, 2005 teleconference in the above case is cancelled;

4.      The United States Marshals Service will transfer custody of the defendant to the United States Probation Office on Wednesday, December 7, 2005; and,

5.      The United States Probation Office will receive custody of the defendant from the United States Marshals Service on December 7, 2005 and transport the defendant to the Plummer Center

for the defendant to serve that part of the sentence in the Court's November 30, 2005 ruling in the above case.

All other standard and special conditions imposed by the Court at the time of original sentencing shall remain in effect.

United States District Judge

Wilmington, Delaware